```
                                 Priority
                                 Send    ✓
                                 Enter   ✓
                                 Closed
                                 JS-5/JS-6  ✓
                                 JS-2/JS-3
                                 Scan Only
```

[STAMP: LODGED CLERK, U.S. DISTRICT COURT JAN 11 2008 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]

[STAMP: FILED CLERK, U.S. DISTRICT COURT APR - 4 2008 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEO LAWLESS III, | Case No. EDCV 07-0684-GW(RC) |
| Petitioner, | JUDGMENT |
| vs. | |
| M.S. EVANS, WARDEN, | |
| Respondent. | |

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATED: April 4, 2008

/s/ George H. Wu
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

R&R\07-0684.jud
1/11/08